**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAMES T. WENDT, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 08-cv-34-MJR |
| vs. | ) | |
| | ) | CRIMINAL NO. 04-cr-30103 |
| UNITED STATES of AMERICA , | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On June 23, 2005 Petitioner entered a conditional guilty plea to one count of possession with intent to distribute five kilograms or more of a mixture or substance containing cocaine hydrochloride in violation of 21 U.S.C. §§ 841(a)(1). On October 21, 2005, Petitioner was sentenced to 168 months imprisonment, five years supervised release, a fine of $1,000, and a special assessment of $100. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Wendt*, 465 F.3d 814 (7th Cir. 2006).

In his motion, Petitioner raises four grounds for relief: (1) that he should have received credit for accepting responsibility; (2) that the Court did not properly consider the factors set forth in 18 U.S.C. § 3553; (3) that his appellate counsel was ineffective for not briefing grounds (1) and (2) in this motion on direct appeal; and (4) that his trial counsel was ineffective.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

1

all relevant portions of the record.

**IT IS FURTHER ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

**IT IS SO ORDERED.**

**DATED this 24th day of September, 2008.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**